# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Aldersgate United Methodist Retirement Community, Inc.,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:04cv343

Liberty Health Care Properties of Mecklenburg County, LLC et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/8/07 Order.

Signed: May 8, 2007

Frank G. Johns, Clerk
United States District Court